1012

No. 93–5784.  HOFFMAN v. IDAHO.  Sup. Ct. Idaho;
No. 93–6885.  WILLIAMS v. ALABAMA.  Sup. Ct. Ala.;
No. 93–7075.  CORAL v. ALABAMA.  Sup. Ct. Ala.;
No. 93–7247.  OGAN v. TEXAS.  Ct. Crim. App. Tex.;
No. 93–7269.  TUCKER v. TEXAS.  Ct. Crim. App. Tex.;
No. 93–7317.  JONES v. ILLINOIS.  Sup. Ct. Ill.;
No. 93–7331.  BEHRINGER v. TEXAS.  Ct. Crim. App. Tex.;
No. 93–7423.  JENKINS v. ALABAMA.  Sup. Ct. Ala.;
No. 93–7482.  MORENO v. TEXAS.  Ct. Crim. App. Tex.;
No. 93–7648.  DUBOIS v. VIRGINIA.  Sup. Ct. Va.; and
No. 93–7778.  YOUNG v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.

No. 93–6638.  PHELPS v. LOCKHEED MISSILES & SPACE CO., INC., 510 U. S. 1054;
No. 93–6644.  RANDALL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 510 U. S. 1095;
No. 93–6786.  KENNEDY v. LITTLE ET AL., 510 U. S. 1076;
No. 93–6841.  RADFORD, PERSONAL REPRESENTATIVE OF THE ESTATE OF RADFORD, DECEASED v. CHEVRON, U. S. A., INC., 510 U. S. 1095;
No. 93–6910.  JACKSON v. WISNESKI, 510 U. S. 1062;
No. 93–7073.  CORETHERS v. KMIECIK ET AL., 510 U. S. 1124;
No. 93–7187.  PORTER v. MICHAEL REESE HOSPITAL & MEDICAL CENTER, 510 U. S. 1127;
No. 93–7188.  RICHMOND v. WATERS, WARDEN, ET AL., 510 U. S. 1127;

No. 93–7193. THAKKAR v. DEBEVOISE, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, 510 U. S. 1127;

No. 93–7224. THOMAS v. NATIONAL UNION FIRE INSURANCE CO. ET AL., 510 U. S. 1129; and

No. 93–7657. LAWSON v. DIXON, WARDEN, 510 U. S. 1171. Petitions for rehearing denied.

No. 92–1953. RAYMOND ET AL. v. MOBIL OIL CORP., 510 U. S. 822. Motion for leave to file petition for rehearing denied.

No. 92–8822. JOHNSON v. CALIFORNIA, 510 U. S. 836. Petition for rehearing denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the petition for rehearing.

MARCH 30, 1994

No. 93–8522 (A–812). WEBB v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentence in this case.

MARCH 31, 1994

No. 93–8102. MCMILLAN v. HOLLAND, WARDEN. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.2.

No. 93–8542 (A–817). HANCE v. ZANT, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented